# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00345-CV

**In re Charles Allen Collins**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Charles Allen Collins filed a pro se petition for writ of mandamus seeking to compel the district court to comply with this Court's mandate in correcting Collins's judgment of conviction to reflect that Collins pled "not true" to enhancement paragraphs. *See Collins v. State*, 03-98-00290-CR, 1999 Tex. App. LEXIS 1791, at *5 (Tex. App.—Austin Mar. 18, 1999, pet. ref'd) (not designated for publication) (affirming conviction as modified). However, the Travis County District Clerk's record in the underlying cause reflects the April 10, 2012 filing of a modified judgment showing that the plea to the enhancement paragraphs was "not true."

Collins's petition further contends that one of the enhancement paragraphs should not have been used for sentencing and seeks to "collaterally attack the enhancement paragraph." Such attack would fall within the scope of a post-conviction writ of habeas corpus, and this Court lacks jurisdiction over post-conviction writs of habeas corpus in felony cases. *See Ex parte Alexander*, 685 S.W.2d 57, 60 (Tex. Crim. App. 1985); *Ex parte Martinez*, 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding); *see also* Tex. Code Crim. Proc. Ann. art. 11.07, § 3 (West Supp. 2011) (requiring post-conviction applications for writs of habeas corpus in felony

cases in which death penalty was not assessed to be filed in court of original conviction and made returnable to court of criminal appeals). The court of criminal appeals has exclusive jurisdiction to review the merits of a post-conviction application for habeas relief under article 11.07. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 5.

Accordingly, Collins's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: May 24, 2012